Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton, CA 94588-4588
(925) 621- 1900

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Fernando Castellanos Navarro

Chapter 13 Case No. 10-47044-WJL13

debtor(s)

**DECLARATION AND REQUEST FOR ORDER OF DISMISSAL**

Trustee's Motion to Dismiss Proceedings having been filed with the Court on March 24, 2014 and the notice of said motion was duly served upon the debtor and the attorney of record.

No response has been received from the debtor and more than twenty-one (21) days have elapsed since the Trustee's Motion to Dismiss Proceedings was served.

I Declare under penalty of perjury that the foregoing is true and correct.

Executed this date at Pleasanton, California.

Date: April 16, 2014

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| | |
|---|---|
| In re<br>    Fernando Castellanos Navarro<br>                  debtor(s) | Chapter 13 Case No. 10-47044-WJL13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                                        Pro Per

Fernando Castellanos Navarro
                                                       (Counsel for Debtor)

5121 Deerspring Way
Antioch, CA 94531

(Debtor(s))
Date: April 16, 2014                         /s/ OLGA GONZALEZ
                                                          OLGA GONZALEZ